# Court of Appeals, State of Michigan

## ORDER

In re Lockett, Minors

Docket No. 344409

LC No. 17-000151-NA

Christopher M. Murray
Presiding Judge

Cynthia Diane Stephens

Michael J. Riordan
Judges

The Court orders that the February 12, 2019 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 1 9 2019

_____
Date

_____
Chief Clerk